IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN R. MILLER, ESQ.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BREM MOLDOVSKY, ESQ.,<br>BREM MOLDOVSKY, LLC, and<br>GERALD J. POMERANTZ, ESQ.,<br><br>　　　　Defendants. | Case No. 2:21-cv-02219-ER<br><br><br>**MOTION TO DISMISS COUNTERCLAIMS** |
| BREM MOLDOVSKY, ESQ., and<br>BREM MOLDOVSKY, LLC,<br><br>　　　Counterclaimants and Third<br>　　　Party Plaintiffs,<br><br>　v.<br><br>JONATHAN R. MILLER, ESQ.,<br><br>　　　Counterclaim Defendant,<br><br>　and<br><br>ANDREW ELLNER,<br>LIGHTBOX VENTURES, LLC, and<br>LIGHTBOX CAPITAL MANAGEMENT, LLC,<br><br>　　　Third Party Defendants. | |

　　　Plaintiff Jonathan R. Miller, Esq., *pro se*, hereby moves for dismissal of Defendants Brem Moldovsky, Esq. and Brem Moldovsky, LLC's (together, "Moldovsky") counterclaims. The grounds for dismissal are presented at length in the accompanying memorandum of law.  In addition, submitted herewith are a certification, exhibits,[1] and proposed order. <u>Oral argument is requested</u>.

---

[1] The Court may consider public records without converting this motion into one for summary judgment: "To resolve a 12(b)(6) motion, a court may properly look at public records, including judicial proceedings, in addition to the allegations in the complaint." *Southern Cross Overseas Agencies, Inc. v. Wah Kwong Shipping Grp., Ltd.*, 181 F.3d 410, 426 (3d Cir. 1999). "Specifically, a court may take judicial notice of the record from a previous court proceeding between the parties." *Toscano v. Conn. Gen. Life Ins. Co.*, 288 F. App'x 36, 37-38 (3d Cir. 2008).

                                        Respectfully submitted,

Date: August 4, 2021　　　　　　　　　　/s/ Jonathan R. Miller, Esq.
　　　　　　　　　　　　　　　　　　　*Plaintiff pro se*
　　　　　　　　　　　　　　　　　　　(PA #201210)

　　　　　　　　　　　　　　　　　　　100 Overlook Center, 2nd Floor
　　　　　　　　　　　　　　　　　　　Princeton, N.J. 08540
　　　　　　　　　　　　　　　　　　　Tel. 609-955-1226 (cell)
　　　　　　　　　　　　　　　　　　　Fax 609-964-1026
　　　　　　　　　　　　　　　　　　　jonathan.miller@lawyer.com