**Exhibit "E"**

# LEGAL SERVICES AGREEMENT

THIS AGREEMENT, dated November 6, 2015, is made between Brem Moldovsky, residing at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ("You"), and Jonathan R. Miller, Esq., an attorney maintaining an office at ▬▬▬▬▬▬▬▬▬▬▬ (the "Attorney").

1. **Legal Services To Be Provided.** You agree that the Attorney will represent you in connection with your dispute with ▬▬▬▬▬▬▬▬▬▬ (the "Dispute"). The legal work may include research, correspondence, preparation and drafting of pleadings and other legal documents, conferences in person and by telephone with you and with others, dictating and reviewing letters, negotiations, and any other related work or service to properly represent you in this matter.

2. **Co-counsel Relationship.** In light of the fact that you are an attorney duly licensed to practice law in Pennsylvania, it is understood and agreed the Attorney will be serving as co-counsel to you in the following matters:

    (a) ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ No. 2015-▬▬▬▬▬▬▬▬▬▬▬

    (b) ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ No. 2015-▬▬▬▬▬▬▬▬▬▬▬

3. **Other Legal Services.** You and the Attorney may make additional agreements to provide for legal services not covered by this Agreement. Without such agreements, the Attorney is not required to do any of the following: (a) provide any legal services after the judgment of the trial court; (b) appeal any decisions of the trial court; (c) enforce any judgment or order of the trial court; or (d) represent you in any other matter, or in any other court or tribunal.

4. **Legal Fees.** The Attorney cannot predict or guarantee what your final bill will be. Your final bill will depend on the time spent on your case and the amount of other expenses. You agree to pay the Attorney for all legal services related to the Dispute, at an ongoing billable rate of $50.00 per hour (the "**Ongoing Hourly Fees**", *plus* an additional $200.00 per hour that shall be billable in the event of a recovery by you, capped at no more than 20% of your net recovery (the "**Contingent Hourly Fees**"). The aforesaid 20% cap shall not apply to the Ongoing Hourly Fees as defined herein.

5. **Services Billed.** Subject to the foregoing fee schedule and except as otherwise provided therein, you will be billed for all time spent in handling your case, which may include, but is not limited to: consultation and meeting time; telephone calls; written correspondence and emails; attending court proceedings, including waiting time; research; preparation of pleadings, motions and other documents; preparing, conducting and analyzing discovery, including depositions, interrogatories, production and inspection of documents, and requests for admission; settlement

discussions and analysis; and general preparation for any of the above. You will be billed in increments of one-tenth of an hour.

6. **Costs and Expenses.** In addition to legal fees, you agree to pay all reasonable costs and expenses preapproved and incurred by you and/or by the Attorney in the Dispute.

7. **Bills.** The Attorney will send you itemized bills on a periodic basis. All invoices are thirty (30) days from receipt. In the event any invoice is not paid within sixty (60) days, the Attorney shall have the right to withdraw from representing you. Any invoiced amount that is not paid within ninety (90) days shall be subject to per diem interest from the date due until paid in full, at the rate of six percent (6%) annual interest, or the maximum rate allowed by law, whichever is less.

8. **Methods of Payment.** You may make payments by cash, check, credit card and/or electronic fund transfer.

9. **Your Responsibilities as Client.** You agree to fully cooperate with the Attorney and provide all requested information and documents relevant to the issues involved in this matter. You also agree to pay all bills as required by this Agreement. You further agree that, if you do not comply with these requirements, the Attorney may withdraw from representing you. The Attorney will also withdraw at your request.

10. **No Guarantee.** The Attorney agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for you. However, because of the uncertainty of legal proceedings, the interpretation and changes in the law and many unknown factors, attorneys cannot and do not warrant, predict or guarantee results or the final outcome of any case.

WE HEREBY ACKNOWLEDGE that we have read, understand, and fully agree with the terms and provisions of this Agreement:

_____
Jonathan R. Miller, Esq.

_____
Brem Moldovsky, Esq.
Date: 11/10/2015