# Exhibit "H"

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
                                                                   1

            IN THE COURT OF COMMON PLEAS
             BUCKS COUNTY, PENNSYLVANIA
                 CIVIL ACTION - LAW
                       * * *


  BREM MOLDOVSKY, LLC     :  No. 2019-00793
  and BREM MOLDOVSKY      :
                          :
         vs.              :
                          :
  LAW FIRM OF             :
  JONATHAN R. MILLER;     :
  ANDREW ELLNER;          :
  LIGHTBOX CAPITAL        :
  MANAGEMENT, LLC;        :
  and LIGHTBOX            :
  VENTURES, LLC           :


                       * * *
     BEFORE:  THE HONORABLE ROBERT O. BALDI, J.
                       * * *

                  August 20, 2019
               Doylestown, Pennsylvania

                       * * *
                   (Oral Argument)
                       * * *

APPEARANCES:

BREM MOLDOVOSKY, ESQUIRE
Appearing Pro Se

EMMA KLINE, ESQUIRE
ADAM SILVERSTEIN, ESQUIRE
Counsel for Ellner and the Lightbox Defendants

JONATHAN R. MILLER, ESQUIRE
Appearing Pro Se
                       * * *
            Beth A. Barkocy, CCR
            Official Court Reporter
```

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

19

1  information about other cases other
2  than this particular case for me to
3  issue a blanket order, an injunction of
4  sorts against an attorney against
5  representing a specific client in other
6  litigation.  It borders on absurd.
7          Furthermore, I'm assuming that
8  the defendant Ellner -- is there any
9  question but that the defendant Ellner
10 and Lightbox wish or desire to continue
11 with the representation of Mr. Miller?
12         MS. KLINE:  Your Honor, myself
13 and Fox Rothschild are the only
14 attorneys who have represented
15 Mr. Ellner and the Lightbox entities in
16 Pennsylvania for the entirety of this
17 litigation.  We entered our appearance
18 in April.  All of the pleadings on
19 behalf of my clients, Mr. Ellner and
20 Lightbox, have been filed with my name
21 on them, with Fox Rothschild
22 letterhead, et cetera, et cetera.
23         THE COURT:  So then let me ask
24 you this -- Counsel, you may remain
25 standing -- it's your contention that I

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

20

```
 1   should be ordering Mr. Miller to not
 2   represent Andrew Ellner in this case?
 3   Because I'm hearing he is not
 4   representing him in this case.
 5           MR. MOLDOVSKY:  Your Honor,
 6   would you prefer me to stand?
 7           THE COURT:  I don't care,
 8   whichever you want to do.
 9           MR. MOLDOVSKY:  He should not
10   in this case whether it's behind the
11   scenes, because that is what's
12   happening and that's how the lawyers,
13   including when I worked for Mr. Ellner,
14   we would work on matters --
15           THE STENOGRAPHER:  Sir, I
16   can't understand what you're --
17           THE COURT:  Try to answer my
18   question directly.
19           MR. MOLDOVSKY:  Yes.
20           THE COURT:  What is the nature
21   of the order I would issue in this
22   case?
23           MR. MOLDOVSKY:  Not allowing
24   him to -- certainly including not
25   allowing him to represent those parties
```

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1  against me in this case or in front of
2  the Pennsylvania disciplinary board,
3  which he's done, or in any Pennsylvania
4  forum or wherever you see -- as broadly
5  as you see appropriate, but certainly
6  for this case or any other Pennsylvania
7  forum.
8            THE COURT:  I'm being told
9  right now, and you are not contending
10 otherwise, that -- and for purposes of
11 this litigation, Mr. Ellner and
12 Lightbox are represented by an
13 independent law firm separate and apart
14 from Mr. Miller.  You agree with that,
15 right?
16           MR. MOLDOVSKY:  As well as him
17 behind the scenes, yes.
18           THE COURT:  Hold it.  I can
19 talk -- if I'm a lawyer, I can talk to
20 any other lawyer I want and ask them
21 for counsel, advice, et cetera.  If you
22 have some issue about him disclosing
23 something, something that he has
24 breached some duty, that is a different
25 point, but in terms of the

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

57

1  acts unprofessionally, in violation of
2  the requirements.  I have an
3  affirmative duty to report them, but
4  I'm not -- how do I want to put this --
5  but it's not my job to police lawyers.
6              There is a distinction there.
7  If I see a lawyer doing stuff, you
8  know, I should report it, but it's the
9  disciplinary board that has the
10 obligation and responsibility for
11 disciplining lawyers, it's not me.
12 It's someone else that does that, so --
13 and I will tell you, I'm just --
14             Maybe this is inappropriate,
15 and I don't mind if you say that's
16 inappropriate, I'm not going to answer
17 that question.  Honestly, I'm just
18 curious.  Don't you have malpractice
19 insurance?  Don't you have an insurance
20 company defending you on a malpractice
21 claim?
22             MR. MILLER:  I do not, your
23 Honor.
24             THE COURT:  You do not have
25 malpractice insurance?

1        MS. KLINE:  As I indicated before, this matter was initiated by writ of summons, a complaint was originally filed, we asserted on behalf of Mr. Ellner and the Lightbox entities preliminary objections, and two of the most important preliminary objections we're raising are that this Court, respectfully, doesn't have personal jurisdiction over Mr. Ellner and the Lightbox entities, and then also for improper venue.

        THE COURT:  Quite frankly, I thought we were going to discuss it today, but I can't get to it this morning, and you want oral argument on it?

        MS. KLINE:  Yes.  Since that time, Mr. Moldovsky has filed a first amended complaint without any real substantive changes, in our opinion. We asserted essentially the same preliminary objections, and now we are on the second amended complaint and, again, it has no substantive changes,

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1  at least with respect to my clients,
2  Mr. --
3              THE COURT:  But you haven't
4  filed formal preliminary objections to
5  the second amended complaint yet?
6              MS. KLINE:  We will be.
7              THE COURT:  But you haven't.
8  That's why I haven't ruled on that,
9  because I happened to notice that.
10             I'll issue an order that the
11 first preliminary objections are now
12 moot because he has filed an amended
13 complaint.  You can proceed with the
14 preliminary objections to the second
15 amended complaint through the local
16 practice of praeciping the matter
17 forward.
18             MS. KLINE:  Sure, so what I
19 wanted to discuss, hopefully, was the
20 issue that I think we'll obviously need
21 some discovery with respect to the
22 issue of personal jurisdiction.
23             THE COURT:  You do.
24             MS. KLINE:  I don't think it
25 will be much discovery, but my concern

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

111

1    discovery deadlines, production of
2    expert reports, et cetera.
3            If you're seriously going to
4    pursue a malpractice action and you're
5    really serious about this and you want
6    to do this litigation, then I want to
7    put a leash on it because without a
8    leash, you're going to just -- you are
9    going to go use judicial resources in
10   an abusive way, so I'm telling you, go
11   online.  There are case management
12   orders that you can enter into by
13   agreement.  Give serious consideration
14   into entering into an agreed upon case
15   management order.  It's not something
16   that I'll necessarily deal with this
17   month or next month, but be aware of
18   that.
19           I, at some point, would expect
20   there is going to be a summary judgment
21   motion to figure out whether there
22   really is a malpractice claim.  I would
23   welcome that, frankly, because you may
24   have pled things that could go to a
25   jury under a different theory, but I

Case# 2019-00793-128 - JUDGE:27 Received at County of Bucks Prothonotary on 11/01/2019 12:37 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

113

## CERTIFICATION

I hereby certify that the proceedings, evidence, and rulings are contained fully and accurately in the notes taken by me in the matter of the above cause and that this copy is a correct transcript of same.

_____
Beth A. Barkocy, CCR
Official Court Reporter

Date: _____

The foregoing transcript of the proceedings before me is hereby approved and certified.

_____
THE HONORABLE ROBERT O. BALDI, J.

Dated: _____