IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN R. MILLER, ESQ.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BREM MOLDOVSKY, ESQ., *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-02219-ER<br><br>**PLAINTIFF'S NOTICE OF ERRATA<br>RE: ECF #82** |

　　　　Plaintiff Jonathan R. Miller, Esq., *pro se*, respectfully submits this Notice of Errata in order to correct an inadvertent typo in the memorandum of law (ECF #82) filed in opposition to the Moldovsky defendants' motion to compel.

　　　　Corrected, the first full sentence on page 20 of the memorandum of law should read:

> Because Mr. Miller has not alleged anything but garden variety stress, and because he does **not** intend to present expert medical or psychological testimony, he has not placed his medical or psychological condition in issue and has not waived privilege.

*Cf.* ECF #82 at 20.

　　　　This correction is consistent with Plaintiff's actual interrogatory response: "Plaintiff does not presently intend to submit expert testimony." *See id.* at 18.

　　　　The Special Master and all parties were notified of this correction on February 11, 2022; this Notice is being filed to correct the public record.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: February 14, 2022　　　　　　　　　　/s/ Jonathan R. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff pro se*
　　　　　　　　　　　　　　　　　　　　　　　　(PA #201210)

　　　　　　　　　　　　　　　　　　　　　　　　100 Overlook Center, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　Princeton, N.J. 08540
　　　　　　　　　　　　　　　　　　　　　　　　Tel. 609-955-1226 (cell)
　　　　　　　　　　　　　　　　　　　　　　　　Fax 609-964-1026
　　　　　　　　　　　　　　　　　　　　　　　　jonathan.miller@lawyer.com

THE LAW FIRM OF

# JONATHAN R. MILLER

*Jonathan R. Miller, Esq.*
*Admitted in NJ, NY & PA*
jonathan.miller@lawyer.com

Web: jmillerlawfirm.com
Cell: 609-955-1226
Fax: 609-964-1026

<u>Main Office</u>:
100 Overlook Center, 2nd Floor
Princeton, N.J. 08540

<u>New York Office</u>:
186 Joralemon St., Suite 1202
Brooklyn, N.Y. 11201

February 11, 2022

<u>**VIA EMAIL & JAMS SUBMISSION**</u>

The Hon. Thomas J. Rueter, U.S.M.J. (*Ret.*)
c/o JAMS
1717 Arch Street, Suite 3810
Philadelphia, PA 19103

Re:    <u>*Miller v. Moldovsky et al.*, No. 21-cv-02219 (E.D. Pa.) — JAMS #1450007989</u>

Dear Judge Rueter:

A few minutes ago I filed and served my opposition to Mr. Moldovsky's motion to compel. (ECF #82.) There is a typo in the first full sentence on page 20 of the brief. That sentence should read:

> Because Mr. Miller has not alleged anything but garden variety stress, and because he does **not** intend to present expert medical or psychological testimony, he has not placed his medical or psychological condition in issue and has not waived privilege.

*Cf.* ECF #82 at 20.

This correction is consistent with Plaintiff's actual interrogatory response, appearing on page 18 of the same brief: "Plaintiff does not presently intend to submit expert testimony."

I hope that clears up any possible confusion. I can file this letter on the court docket if so instructed.

Respectfully,

Jonathan R. Miller

cc:    All counsel of record