IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN R. MILLER, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> BREM MOLDOVSKY, ESQ., <br> BREM MOLDOVSKY, LLC, and <br> GERALD J. POMERANTZ, ESQ., <br><br> Defendants. | Case No. 2:21-cv-02219-ER <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that, on the date appearing below, I served copies of Plaintiff's February 14, 2022 Notice of Errata on all counsel of record. Filing and service were effected via ECF.

Date: February 14, 2022

/s/ Jonathan R. Miller, Esq.
*Plaintiff pro se*
(PA #201210)

100 Overlook Center, 2nd Floor
Princeton, N.J. 08540
Tel. 609-955-1226 (cell)
Fax 609-964-1026
jonathan.miller@lawyer.com